

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | No. 08-22-00104-CV |
| MVT SERVICES, LLC d/b/a MESILLA VALLEY TRANSPORTATION, and CHARLES ANTHONY ALEXANDER, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on Relators' motion to dismiss their petition for writ of mandamus and concludes the motion should be granted and the petition for writ of mandamus should be dismissed. We therefore dismiss the petition for writ of mandamus. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF JULY, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.